U.S. DISTRICT COURT

**FILED**

**FEB - 2 2016**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN RE:
Anthony Simmons
P.O. Box 10
Lisbon, Ohio 44432
    Individually and for his Personalty

V.

Case: 1:16-cv-00167
Assigned To : Unassigned
Assign. Date : 2/2/2016
Description: Pro Se Gen. Civil

U.S. DISTRICT COURT DBA
UNITED STATES DISCTRICT COURT
for the NORTHERN DISTRICT of ILLINOIS
219 S. Dearborn St.,
Chicago, IL 60604 , IN INDIVIDUAL CAPACITY

U.S. DISTRICT COURT CLERK DBA
UNITED STATES DISTRICT COURT CLERK OFFICE
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 S. Dearborn St., Ste 500
Chicago, IL 60604, IN INDIVIDUAL CAPACITY

Amy J. St. Eve, DISTRICT JUDGE
DBA UNITED STATES DISTRICT COURT
for the NORTHERN DISTRICT of ILLINOIS
219 S. Dearborn St.
Chicago, IL 60604 , INDIVIDUAL CAPACITY
[ All Jointly and Severally; Together with Their Insurers, Excess Carriers, and Bonds by
and through them]

42 USC 1983 et.seq., Privacy Act, and State
Law Claim and Complaint of Professional
Malpractice, Negligence, & Records Errors

RECEIVED
Mail Room

JAN - 7 2016

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

U.S. DISTRICT COURT PERSONALLY:

1.    Comes now, ANTHONY SIMMONS and asks appropriate relief where the accused, AMY ST. EVE, as and For Quorum of the "USDC" made adverse decisions on inaccurate, incomplete, forgery, irrelevant material, farce-record underpinnings from State/County matters proven to be such and brought to her attention, to no avail to date. The U.S. DISTRICT COURT has not corrected it.

## PARTIES

2.    ANTHONY SIMMONS is an individual victim, witness, and owner of the Rights involved.

3.    AMY J. ST. EVE is a USDC Judge and is the part individual who made adverse decisions on bad records and records built on bad records. She does business as "USDC" and is

insured, bonded, and here acted in and affected interstate commerce by adverse decisions on bogus foundation-based records. The clerk is the record keeper with botched records.

4. 'U.S. DISTRICT COURT' makes Policy by "standing orders" and who facilitates clerical misfilings and mislabellings if such is partly to blame for the delay in records and adverse decision Privacy Amendment cancellation request sought to date.

5. SIMMONS is in OHIO and the accused reside in ILLINOIS. The Corporate Ultimate of the accused is a domestic Corp and municipal Corp of D.C. and the situs of upper administration is in this District. Owing this Court authority over them all. Because amercement and penalty are involved, FDCPA is implicated of state and federal.

### DUTY TO HEAR & GRANT

6. The parties are not from the same place and the conduct of the accused affected interstate commerce in that the decisions are adverse and rest on inaccurate or incomplete, untimely records in whole or in part. 28 USC 1332(a)(1).

7. The accused are insured and bonded and as dealing in personal information of individuals, "DO BUSINESS", such is "evidenced waiver of exemption from SUIT" or agreement to "SUE & RESUED."

8. Per 42 USC 1983 et.seq., any not immune are subject to suit as individuals under 1983 et.seq., and the laws establish the precedent that failure to perform an act in a prescribed fashion is misfeasance.

9. This DISTRICT COURT has broad statutory and prudential oversight and supervision authority over all acts and decisions of UNITED STATES CORPORATE Officers, employees, and persons probably because all of the master Human Resources locations are in D.C., and probably because the ultimate overarching insurance carrier in house for self-insurance of UNITED STATES Ventures is D.C./U.S. See 28 USC 1967 Conveying Authority Over Ancillary State Law Matters.

10. None of the parties are in D.C., but D.C., U.S. DISTRICT COURT would be the most fair place to entertain this where the accuses asks only appropriate relief and record correction, not monetary compensation, per se.

11. State law negligence is implied.

12. Privacy Act 5 USC 552a et.seq., states that SIMMONS need not demand money and the amounts required ordinarily are disregarded where records inaccuracy is at issue. Further, as matters of records pertaining to amercement or penalties are involved, and contain false, misleading information, FDCPA is involved.

## MATERIAL & SALIENT FACTS

13. From initiation of Court action to present, SIMMONS has been "CRYING FOUL-PLAY." Teeling AMY J. ST. EVE, his counsel, and whoever would listen, that the U.S. Attorneys and investigators were record-rigging and fabricating evidence to frame him.

14. There was a mischaracterization from some agency used in a Federal criminal case calling SIMMONS a "Bankruptcy Petition Preparer", which was obtained on lies to solicit a finding of probable cause in Federal Court. The fact that these were les was told to AMY J. ST. EVE and the U.S. ATTORNEYS and SIMMONS's counselor. They did nothing, and even appeared to have attempted to turn a blind eye. See FRCP Rule 37 Pending in USDC for ND.IL.

15. Concurrently, SIMMONS submitted a "PRIVACY AMENDMENT REQUEST" with all information to AMY J. ST. EVE and the U.S. DISTRICT COURT personally to review the USDC silence on the matter. The Rule 37 meant to solicit an answer (despite appeal). See attached.

16. All of it is still pending, or erroneously discontinued, and despite the privact acts' time limits. No answer or indicative Ruling has been issued, over 30 days has lapsed, and SIMMONS is still deemed a "Bankruptcy Petition Preparer" falsely.

17. Appellate Rules indicate that no appeal can occur where there is dispute about the accuracy of the lower courts' record of proceeding. See FRAP 10(e) and 28 USC 2072(b). Active interference with appeal rights invalidates any related adverse decision and voids the underlying judgement the Supreme and Superior Courts have stated. See S.CT. Rule 10(a).

18. Moreover, Privacy Act embodies a due process guarantee and predicates any adverse decision being enforcible on the agency record being timely, complete, accurate, relevant, material-laden, and due process of law predicated. The record here is not of the proper variety to rely upon.

19. SIMMONS is harmed and injured also by a statute of limitations violation related, and the damage seems to violate ethics contracts incident to the accuseds employment and policy stated to them by <u>Human Resources ethics Compliance Personnel.</u> He is entitled to correction, and/or cancellation of the records, or at least to decision on his submissions pending treating innacuracy.

## LEGAL CLAIMS

20. The silence of the accused jointly and severally is a final determination eligible for review. Likewise, any decision accused to be an inaccuracy is also per employee Conduct Codes applicable.

21. The silence over 10, 30, and 60 days is also. The right to have "FAIR ANSWER" is property of SIMMONS.

22. No exemptions to compliance with the cited laws were cited at any time by the accused, and rights valued at $5 million were lost by inaccurate record based adverse decisions.

23. Federal and State records laws have invalidated the presumption of continuing presumed validity of certain transactional documents U.S. Attorneys built a case against SIMMONS upon.

24. Failure to look into it where the truth was readily apparent seems negligent. Failure to report claims to insurers is unfair trade practice and falls under insurance unfair trade practice and <u>BAD FAITH.</u> <u>SIMMONS</u> has the right to justice and fairness.

25. Privacy act is breached and with it similar State personal information laws. The breach can carry penalty or amercement payable to <u>SIMMONS.</u>

26. This conviction/transaction related relies upon <u>ACCOUNTING MALPRACTICE</u> in ledgers using false "label" and "status" entries, forging of Government Officials' signatures

to official documents, and adverse determinations were founded on these inaccurate records.

27. All of these things appear to paint a picture of abuse of legal process and abuse of process in and affecting interstate commerce.

28. This transaction upon which violations arose is founded upon a BREACH OF CONTRACT of legal and moral employee duties. BREACH OF DUTY OF GOOD FAITH & FAIR DEALING, this is also a "PROFESSIONAL LEGAL MALPRACTICE CLAIM" or 'DELIBERATE INDIFFERENCE TO CUSTOM OR PATTERN & PRACTICE BY ALL INVOLVED OF FALSIFYING RECORDS AND MANUFACTURING EVIDENCE,' due to value of revenue, U.S. Attorney's Office contributes to Business of the U.S. DISTRICT COURT for the NORTHERN DISTRICT of ILLINOIS. This is allowed to go on it is believed and appears.

29. It appears the Clerk of Court agency may be liable for delay of resolution at issue, through their screening practice mislabelling, and not docketing PRO_SE litigants' motions for timely review.

30. Conspiracy to violate Constitutional rights and deprivation of civil rights is at 18 USC 242, and implies 42 USC 1983 et.seq., where there is misfeasance as alleged here.

31. None of this is in dispute. See annexed exhibits.

## CONCLUSION

32. Wherefore, grant award of judgement for appropriate relief deemed warranted and favorable to SIMMONS under the totality of the circumstances. All herein is sworn true and correct per perjury law of the State and District of Columbia and 28 USC 1746.

Respectfully Presented,

_____
Anthony Simmons
FCI Elkton
P.O. Box 10
Lisbon, OH 44432

AFFIDAVIT OF CONCURRING HARM & INJURY

I, Anthony Simmons, do hereby on this __12/31/__, 2015 state and affirm that all herein and in the foregoing is true, correct, and complete under the laws of the County and State of __Ohio__ for perjury as well as under 28 USC 1746 and records laws at 18 USC 1001, 287, and 31 USC 3729:

1) I am over the age 18;

2) I am personal first-hand witness to all stated;

3) The rights at issue are mine;

4) If called to recite the facts I would do so;

5) Any copies as exhibits annexed hereto are true and correct copies from my files and records on the matters;

6) Where information and belief are indicated as sources of reliance the source of reference is one which is not reasonably subject to disregard or challenge in this forum and locale by any involved;

7) I am aggrieved by the actions and inactions of the accused parties;

8) All stated is the truth of the matters and I have never seen any proof or evidence otherwise and do not believe any such proof or evidence exists at all.

*[signature]*

ANTHONY SIMMONS
PO BOX 10
LISBON, OH  44432